◼ CHRISTIEN HOLMBOE, Respondent, v. ALBERT MUENCH, Appellant.— In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Nassau County, dated September 7, 1960, granting plaintiff's motion for a preference in trial pursuant to rule 151 of the Rules of of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.